#### UNITED STATES JUDICIAL PANEL
#### on
#### MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION |  | MDL No. 2924 |

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO –125)

On February 6, 2020, the Panel transferred 12 civil action(s) to the United States District Court for the Southern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 437 F.Supp.3d 1368 (J.P.M.L. 2020). Since that time, 437 additional action(s) have been transferred to the Southern District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Robin L. Rosenberg.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Florida and assigned to Judge Rosenberg.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of Florida for the reasons stated in the order of February 6, 2020, and, with the consent of that court, assigned to the Honorable Robin L. Rosenberg.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Florida. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 09, 2024

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Tiffaney D. Pete
Clerk of the Panel

**IN RE: ZANTAC (RANITIDINE) PRODUCTS**
**LIABILITY LITIGATION**                                                MDL No. 2924

### SCHEDULE CTO−125 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| | | | |

**CALIFORNIA NORTHERN**

| | | | |
|---|---|---|---|
| CAN | 3 | 24−01835 | Hart v. GlaxoSmithKline, LLC et al |
| CAN | 3 | 24−01880 | Berghoff v. GlaxoSmithKline, LLC et al |
| CAN | 3 | 24−01903 | DeForge v. GlaxoSmithKline, LLC et al |

**OKLAHOMA WESTERN**

| | | | |
|---|---|---|---|
| OKW | 5 | 24−00312 | Oldham v. Sanofi−Aventis US LLC et al |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



ANGELA E. NOBLE
Court Administrator • Clerk of Court

April 9, 2024

United States District Court

Northern District of California

RE:  MDL No.      2924
     Our Case No. 20-md-2924-RLR
     Your Case No. 24-cv-01835-TLT, 24-cv-01880-TLT, 24-cv-01903-TLT

Dear Clerk:

Attached is a certified copy of the order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above entitled action to the Southern District of Florida. This case will be directly assigned to the Honorable Rodolfo A. Ruiz II.

Please proceed to close the case(s) in your district and initiate the civil case transfer functionality in CM/ECF. We will initiate the procedure to retrieve the transferred cases(s) upon receipt of the e mail. If your court does not utilize the CM/ECF transfer functionality, please forward the court file (including originating Complaint or Notice of Removal, any amendments, docket sheet, and MDL Conditional Transfer Order  125  ) as PDF documents to the Southern District of Florida via electronic mail at: mdl@flsd.uscourts.gov.

ANGELA E. NOBLE
Clerk of the Court

/s/ J. Adams

MDL Clerk

Encl.